IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| TAMMY WHITE,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF GEORGIA; GEORGIA DEPARTMENT OF CORRECTIONS; and EMANUEL COUNTY,<br><br>Defendants. | CIVIL ACTION NO.: 6:17-cv-11 |

## O R D E R

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 4), to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as the opinion of the Court.

The Court **DISMISSES** Plaintiff's action **without prejudice** and **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal. The Court **DIRECTS** the Clerk of Court to enter an appropriate Judgment of Dismissal and to **CLOSE** this case.

**SO ORDERED**, this 26th day of May, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA